FILED
June 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002725800

LAW OFFICES OF JOHN A. TOSNEY
JOHN A. TOSNEY, SBN: 97183
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 441-4002
Fax: (916) 441-4622

Attorney for Debtor(s)
BRIAN D. BANCROFT and
MICHELLE J. BANCROFT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>BRIAN D. BANCROFT and<br>MICHELLE J. BANCROFT,<br><br><br>Debtor(s).<br>_____/ | Case No. 09-45667-B-13J<br><br>In Chapter 13<br><br>D.C. No.: PPR-1<br><br>**DEBTORS OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: July 6, 2010<br>Time: 9:31 a.m.<br>Ctrm: 32, 6th Floor<br>Dept: B |

Debtors, BRIAN D. BANCROFT and MICHELLE J. BANCROFT, by and through their attorney of record, JOHN A. TOSNEY, hereby brings their Opposition to Movant US BANK, N.A., Motion for Relief from the Automatic Stay, based upon the following grounds:

1. Creditor US BANK, N.A., has improperly brought this Relief from Stay Action based on a signed Mortgage modification which US BANK, N.A., apparently overlooked. (See Exhibit A, attached.)

2. Debtors are in fact, current on the mortgage modification agreement with the exception of three payments which US BANK, N.A., has refused to accept but Debtors still are holding the funds.

1

3. The Relief from Stay Action is patently wrong on its face based on the modification agreement. Debtors therefore are requesting Rule 9011 sanctions, attorney's fees, court costs and other relief as deemed appropriate by the court.

Dated: _____

By: _____
JOHN A. TOSNEY, Esq.
Attorney for Debtors