# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | | |
|---|---|---|---|---|
| **Case Title :** | Brian D. Bancroft and Michelle J. Bancroft | **Case No :** | 09–45667 – B – 13J | |
| | | **Date :** | 7/6/10 | |
| | | **Time :** | 09:31 | |

| | | |
|---|---|---|
| **Matter :** | [23] – Motion/Application for Relief from Stay [PPR–1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (rwis) | OPPOSED |

| | |
|---|---|
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Creditor's Attorney – Melissa Vermillion
**Respondent(s) :**
            Debtor(s) Attorney – John A. Tosney

MOTION was :
Dismissed as moot
For the reasons stated in the disposition below

The court will issue a minute order.

Disposition After Oral Argument (formerly Tentative Ruling):

The motion is dismissed as moot. The plan, filed November 23, 2009 (Dkt. 5) and confirmed by order entered March 4, 2010 (Dkt. 22), already provides relief from the automatic stay for this Class 4 claim regarding real property located at 5675 Twisted River Drive, Marysville, CA (APN 019–413–009–000). The debtors' request for sanctions pursuant to Fed. R. Bankr. P. 9011 is denied.

The debtors' request for sanctions does not comply with the procedures set forth in Fed. R. Bank. P. 9011(c).

The court will issue a minute order.