FILED
July 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D35

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Brian D. Bancroft and Michelle J. Bancroft | Case No : | 09-45667 - B - 13J |
| | | Date : | 7/6/10 |
| | | Time : | 09:31 |
| Matter : | [23] – Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (rwis) | | |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

APPEARANCES for :
**Movant(s) :**
(by phone)   Creditor's Attorney – Melissa Vermillion
**Respondent(s) :**
   Debtor(s) Attorney – John A. Tosney

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is dismissed as moot. The plan, filed November 23, 2009 (Dkt. 5) and confirmed by order entered March 4, 2010 (Dkt. 22), already provides relief from the automatic stay for this Class 4 claim regarding real property located at 5675 Twisted River Drive, Marysville, CA (APN 019-413-009-000). The debtors' request for sanctions pursuant to Fed. R. Bankr. P. 9011 is denied.

Dated: July 07, 2010

Thomas C. Holman
United States Bankruptcy Judge